IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANTHONY L. ADAMS (AIS# 180127), | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CASE NO. 2:07-CV-351-MEF |
| | * |
| PRISON HEALTH SERVICES, | * |
| DOCTOR SIDDIQ, | * |
| | * |
| Defendants. | * |

**DEFENDANTS' MOTION TO EXTEND TIME
TO FILE SPECIAL REPORT AND ANSWER**

COME NOW the Defendants, Prison Health Services, Inc. and Tahir Saddiq, M.D. (identified in the Complaint as "Doctor Siddiq"), by and through counsel, and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days, up to and including July 5, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. On or about May 2, 2007, counsel for the Defendants received a copy of the Adams case and this Court's previously entered Order requiring the Defendants to file a Special Report and Answer on or before June 4, 2007. The Defendants are in the process of assembling the appropriate medical records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendants respectfully request an extension within which to file their Special Report and Answer, said Special Report and Answer to be filed on or before July 5, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Tahir Siddiq, M.D.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 4th day of June, 2007, to:

Mr. Anthony L. Adams (AIS # 180127)
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL 36809-5107

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Tahir Siddiq, M.D.