IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY ADAMS, #180127
    PLAINTIFF,

V                                                 CASE NO: 2:07-CV-351-CSC

PRISON HEALTH SERVICES, ET AL
    DEFENDANT,

### SWORN AFFIDAVIT

I, ANTHONY ADAMS, THE AFFIANT DO SWEAR UNDER OATH THAT THE FOLLOWING STATEMENT MADE REGARDING THE AFOREMENTIONED CASE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND WOULD SO AVERS THAT: My Name Is Anthony Adams I Am housed here At Bullock County Correctional Facility. I've filled out Numerous Sick-call Slips To See Doctor Siddiq. The Nature of This Case I've Tried on Numerous Occasions To Get Doctor Siddiq To Send me Somewhere To have Something done For My Esophus but, he Would Always Tell me Aint Nothing Wrong With me I'm Just playing Games. by him Practicing Medicine Since 1996 he Should have had More Concern About My Illness, but Not Taking Me Serious of My Medical Needs, he Would Give Me Zantac For

PAGE ONE OF TWO

GASTRIC REFLUX but MY MAIN ALLIGATION I WHY did DOCTOR SiddiQ WAITED All These YEARS To Send ME To A FREE WORLD hospital. AND he did have AN UPPER GI DONE ON ME THAT WAS NOT NORMAL. AND AFTER I WENT BACK TO The prison APRIL 10th I WAS EATING A Soup AND I GOT STRANGLED SEVERAL TIMES. NUMEROUS INMATES SAW ME RUN TO The TOILET OR A TRASH CAN STRAINING TRYING TO CLEAR MY Esophus. OVER Six YEARS I'VE been SUFFERING AT DOCTOR SiddiQ hands. THAT'S WHY IM begging This honorable Judge To order A Second OPENION by Sending ME To A SPECIALIST. The PROPER EX-RAY will REVEAL I do have A default OR A defect. IN MY Esophus AND I beleive Anybody WITH A hISTORY OF MENTAL Illness CAN RECOVER EVEN AS I did. Given AN OPPORTUNITY TO LET A SPECIALIST EXAMINE MY Illness IT Will PROVE I SUFFER These Symptoms. THAT I SUFFER. I AM Competent TO ASSIST AN Attorney IF Given ONE. I do Suffer All These Symptons AND I'VE begged DOCTOR SiddiQ YEARS AGO TO Send ME To A FREE WORLD hospital To have Something done but he would Some how Say he don't believe me and Im Just playing games. he finally one day in 2007 he told ME TO open my mouth and lick my tongue out and he saw Something else that cause me to not Swallow my food large bumps at the back of my tongue which he admitted to. And These WORDS ARE TRUTh. Once Again I begged

him to send me to a free world hospital. Their is a procedure in which an enlarging balloon is used to expand the area of the esophugus that has narrowed down, making it difficult for me to swollow. Also Rubber Tubing can be used to dilate an esophagus in place of ballons. Also see; Exibit A

Onthony Adams
SIGNATURE OF AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 16th DAY OF July, 2007

_____
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011

SEAL

Dr. Sanders

# CORRECTIONAL MEDICAL SERVICES
# REFERRAL TO MENTAL HEALTH

| INMATE NAME: Adams, Anthony | ID #: 180127 | LOCATION: BCF | DOB: |

**REASON FOR REFERRAL:**

( ) CRISIS INTERVENTION
    ( ) Family problems: _____
    ( ) Problems with peers: _____
    ( ) Recent stress: _____
    ( ) Other: _____

(X) EVALUATION OF MENTAL CONDITION
    ( ) Suicidal      (X) Anxious      ( ) Physical Complaints
    ( ) Homicidal      ( ) Depressed      (X) Sleep Disturbance
    ( ) Mutilative      ( ) Withdrawn      ( ) Hallucinations-Delusions
    ( ) Hostile, angry      ( ) Poor hygiene      ( ) Suspicious
    (X) Other inappropriate behavior  Nervous -- Skin Crawling.

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

( ) OTHER _____

COMMENTS: Reports difficulty w/ nerves; & skin crawls; hyperactive; difficulty sleeping. Diagnosed by Dr. Ferguson in Mobile for Sch.zophrenia & reported irregular heart beat.

| Referred by: Lance Anthony | Department: Soc. Ser. | Date: 1-9-95 |

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

1/15/96. - Wants Prozac & his Neaves. - Never been on anything else

| Follow-up by: | Date: | Time: |

Anthony Adams #180127
P.O. Box 5107
Union Springs, AL 36089

MONTGOMERY AL 361
17 JUL 2007 PM 3 T

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711