IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

ANTHONY L. ADAMS, #180127    *

PLAINTIFF,    *

vs.    *    CIV ACTION NO. 2:07 cv 351 MEF

PRISON HEALTH SERVICES, et., al.,    *

RESPONDENTS.    *

## MOTION TO DISMISS

Comes now the Plaintiff, Anthony L. Adams, Pro-Se, in the above styled cause and moves this Honorable Court to Dismiss this action pursuant to the Recommendation of the Magistrate Judge, and in support thereof states the following:

The Plaintiff wishes to dismiss this action as Recommended by the Magistrate Judge to be dismissed without prejudice. This will give the Plaintiff the opportunity to complete the Administrative grievance procedure and re-initiate the proceedings as events shall warrant.

Wherefore, from the above stated premises, the Plaintiff, prays that this Honorable Court should grant this Motion to Dismiss without prejudice.

For this the Plaintiff forever prays.

Done this 27th day of October, 2007.

Respectfully Submitted,

*Anthony Adams*
Anthony L. Adams, #180127
Bullock Correctional Facility
P. O. Box 5107
Union Springs, AL 36089

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Clerk for the United States Court for the Middle District of Alabama, Northern Division and to the Defendant(s) Prison Health Services, by placing same in the U.S. Mail, First Class postage pre-paid, and correctly addressed.

Done this 27th day of October, 2007.

*Anthony Adams*
Anthony L. Adams, Pro-Se

Anthony Adams #
Bullock Corr. Fac.
P.O. Box 5107
C-1
Union Springs, AL 36089

MONTGOMERY AL 361
02 NOV 2007 PM 3 T

Debra Hackett, Clerk
United States District Court
PO Box 711
Montgomery AL 36101-0711