IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. ADAMS, # 180127, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PRISON HEALTH SERVICES, *et al.*, )<br> )<br>Defendants. ) | CIV. ACTION NO. 2:07cv351-CSC<br>(WO) |

**ORDER**

In June 2007, pursuant to 28 U.S.C. § 636(c) the parties consented to have a magistrate judge conduct any and all proceedings in this case and the case was reassigned to the undersigned. (Doc. No. 9.) On October 25, 2007, this court's opinion was inadvertently entered as a Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 14.) Accordingly, it is

ORDERED that this court's October 25, 2007, Recommendation be and is hereby WITHDRAWN.

Done this 9th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE